IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL REEVES, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 13-cv-01171-JPG-PMF |
| RICK HARRINGTON, et al., | ) |
| Defendants. | ) |

## AMENDED MEMORANDUM AND ORDER

This matter comes before the court on its own Motion to Amend the Memorandum and Order (Doc. 99) with regard to the Reports and Recommendations ("R & R") (Docs. 30, 73, & 88) of Magistrate Judge Philip M. Frazier; Plaintiff's Motion (Doc. 84) to Supplement Objection to R & R (Doc. 73); Plaintiff's Motion (Doc. 85) to Reconsider Court's Order that Issue is Moot; and Plaintiff's Motion (Doc. 98) to Vacate Order Striking (Doc. 97).

The Memorandum and Order (Doc. 99) is amended as follows:

Page 8, Paragraph 2 – Amended to state Count 4 instead of Count 6 and "and the Court assess a strike for the purposed of 28 U.S.C. § 1915(g)." is deleted. As amended, the sentence should read: "Counts 4 and 6-10 are **DISMISSED** with prejudice."

**IT IS SO ORDERED.**

**DATED:** 10/20/2014

                                                      s/J. Phil Gilbert
                                                    **J. PHIL GILBERT**
                                                    **DISTRICT JUDGE**