## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL REEVES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 13-cv-01171-JPG-PMF |
| | ) |
| RICK HARRINGTON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM AND ORDER

This matter comes before the court on the Report and Recommendation ("R & R") (Doc. 151) of Magistrate Judge Philip M. Frazier with regard to Plaintiff's Motions for Injunctive Relief as follows:

Doc. 113 – Motion for Injunction against Menard Law Library and Health Care Unit;
Doc. 116 – Motion for Injunction against Menard Law Library;
Doc. 119 – Motion to See Outside Doctor;
Doc. 123 – Motion for Injunction against Menard Health Care Unit;
Doc. 124 – Motion for Injunction against Menard Trust Fund Officer;
Doc. 125 – Motion for Injunction against Menard Health Care Unit;
Doc. 126 – Motion for Stay Regarding Prisoner Payments;
Doc. 134 – Motion for Injunction against Menard law Library; and
Doc. 135 – Motion for Injunction against Menard Law Library.

There were no objections to the R & R by either party. The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the R & R. The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation (Doc. 151) in its entirety and **DENIES** the following motions:

Doc. 113 – Motion for Injunction against Menard Law Library and Health Care Unit;
Doc. 116 – Motion for Injunction against Menard Law Library;
Doc. 119 – Motion to See Outside Doctor;
Doc. 123 – Motion for Injunction against Menard Health Care Unit;
Doc. 124 – Motion for Injunction against Menard Trust Fund Officer;
Doc. 125 – Motion for Injunction against Menard Health Care Unit;
Doc. 126 – Motion for Stay Regarding Prisoner Payments;
Doc. 134 – Motion for Injunction against Menard law Library; and
Doc. 135 – Motion for Injunction against Menard Law Library.

**IT IS SO ORDERED.**

**DATED:** 5/15/2015

*s/J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**